ROGAN *v.* TWENTY-THIRD ST. R. CO.

*(Common Pleas of New York City and County, General Term.　November 11, 1892.)*

Action by Thomas Rogan against the Twenty-Third Street Railroad Company.
Argued before DALY, C. J., and BOOKSTAVER and BISCHOFF, JJ.
No opinion.　Exceptions overruled, and judgment ordered for the plaintiff.

---

HEINTZ, Respondent, *v.* EVERARD, Appellant.

*Common Pleas of New York City and County, General Term.　November 14, 1892.)*

Action by Jacob Heintz against James Everard.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*D. M. Newberger*, for appellant.　*H. & K. Forster*, for respondent.
No opinion.　Judgment affirmed.

---

LAYTON, Respondent, *v.* BRADY, Appellant.

*(Common Pleas of New York City and County, General Term.　November 14, 1892.)*

Action by R. C. Layton against Patrick Brady.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
No opinion.　Judgment affirmed, with costs.　See 20 N. Y. Supp. 534.

---

PYNE, Respondent, *v.* NATIONAL STEAMSHIP CO., Appellant.

*(Common Pleas of New York City and County, General Term.　November 18, 1892.)*

Action by Samuel Pyne against the National Steamship Company.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
No opinion.　Appeal dismissed, with costs.　See 18 N. Y. Supp. 166.

---

HYDE, Respondent, *v.* BULLOCK *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.　November 17, 1892.)*

Action by Walter L. Hyde against Thomas S. Bullock and another.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Ed. Russell*, for appellants.　*A. B. Chalmers*, for respondent.
No opinion.　Judgment affirmed, with costs.

---

PEOPLE *v.* HURWITZ *et al.*

*(Common Pleas of New York City and County, General Term.　December 5, 1892.)*

Application by David Hurwitz and Rebecca Hurwitz to remit forfeiture of a recognizance.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*De Lancy Nicoll*, for the People.　*C. I. Schampain*, for defendants.

PER CURIAM.　The papers present a clear case for remission of the forfeiture and cancellation of the judgment.　So ordered.

---

FULTON, Respondent, *v.* METROPOLITAN LIFE INS. CO., Appellant.

*(Common Pleas of New York City and County, General Term.　December 5, 1892.)*

Motion for leave to appeal.　See 19 N. Y. Supp. 660.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*R. & W. Arnoux*, for appellant.　*A. I. Sire*, for respondent.

BISCHOFF, J.　No sufficient ground is assigned in support of this motion.　Reference to the opinions (19 N. Y. Supp. 660) disclosed that no novel question of law was involved in the appeal, which is our only justification for adding to the seriously lengthened calendar of the court of last resort.　Hence the leave asked for, if granted, could result only in vexations, delay, and expense to the respondent.　Motion denied, with $10 costs.